**Motion Granted; Dismissed and Memorandum Opinion filed December 22, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01061-CR
_____

**ALVIN DEMOND DERSONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1317881**

---

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court. _See_ Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).